UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

| | | |
|---|---|---|
| CHAD AARON STEPP, | ) | |
| | ) | Case No. 0:22-cv-00076-GFVT-CJS |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TIM LANE, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Candace J. Smith. [R. 10.] On July 19, 2022, Mr. Stepp petitioned for a writ of habeas corpus. [R. 1.] Consistent with local practice, Judge Smith reviewed the motion and prepared a report and recommendation. [R. 10.]

After considering the record, Judge Smith determined that Mr. Stepp is not entitled to relief under 28 U.S.C. § 2254 because his petition is untimely. Specifically, Judge Smith found that Mr. Stepp had one year from the date on which his judgment became final to file a petition for a writ of habeas corpus. *Id.* at 3-4. Mr. Stepp's conviction became final when the time to seek appellate review of his conviction expired, which was December 16, 2016. *Id.* at 4. Therefore, Judge Smith found that Mr. Stepp had until December 16, 2017, to file his petition. *Id.* However, he did not file his petition until July 11, 2022. *Id.* Moreover, Judge Smith found no extraordinary circumstances that would entitle him to equitable tolling of the limitations period. *Id.* at 5-6.

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c).  When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation.  *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Report and Recommendation.  Furthermore, the Court declines to issue a certificate of appealability.  The Court determines that reasonable jurists would not find the denial of Mr. Stepp's § 2254 petition debatable.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Magistrate's Report and Recommendation [R. 10] is **ADOPTED** as and for the Opinion of the Court;

2. Mr. Stepp's § 2254 petition [R. 1] is **DISMISSED**;

3. A Certificate of Appealability is **DENIED**; and

4. **JUDGMENT** in favor of the Respondent will be entered contemporaneously herewith and this matter will be **STRICKEN** from the Court's active docket.

This 24th day of April, 2023.

Gregory F. Van Tatenhove
United States District Judge